UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-03423-KMM-SGE

SAEED GHASEMIMEHR,

        Petitioner,                                            **ORDER**

   v.

PAMELA BONDI, *Attorney General; et al.,*

Based upon the Stipulation for Remand for Petitioner's Release (ECF No. 9) filed by the Federal Respondents, **IT IS HEREBY ORDERED** that:

1) This matter is remanded to United States Immigration and Customs Enforcement (ICE) for the immediate release of Petitioner Saeed Ghasemimehr from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5, and

2) This action is dismissed without prejudice, each party to bear its own costs and disbursements.

Dated: October 28, 2025

                                                        *s/Katherine M. Menendez*
                                                        KATE M. MENENDEZ
                                                        United States District Court Judge